Ignatius Leitner, Administrator of Estate of Raphael
Leitner, Deceased, Appellee, v. Decatur Cartage
Co. and Cecil Roberts, Appellants.

**Gen. No. 9,610.**

opinion filed February 7, 1941. Clarence W.
Heyl, for appellants; W. J. Reardon and Knoblock & Sloan, for appellee;
John F. Sloan, Jr., of counsel. Opinion by PRESIDING JUSTICE WOLFE.
"Not to be published in full."